1  KAREN P. HEWITT
   United States Attorney
2  SABRINA L. FEVE
   Assistant United States Attorney
3  California State Bar No. 226590
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-7854 (Telephone)/619 235-2757 (Fax)
   E-mail: Sabrina.Feve@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8  |  UNITED STATES DISTRICT COURT

9  |  SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR1537-DMS
                                      )
11 |           Plaintiff,             )
                                      )   NOTICE OF APPEARANCE
12 |      v.                          )
                                      )
13 | RAMON BARRERA-COSSIO,            )
                                      )
14 |           Defendant.             )
                                      )
15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18         I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20         The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

22  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

23  case:

24      Name:

25          None.

26  //

27  //

28  //

1     Effective this date, the following attorneys are no longer associated with this case and should not
2 receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):
4     Name:
5         None.
6     Please feel free to call me if you have any questions about this notice.
7     DATED: June 12, 2008.
8                                             KAREN P. HEWITT
                                            United States Attorney
9
10
11                                             s/Sabrina L. Fève
                                            SABRINA L. FEVE
                                            Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 Notice of Appearance
   United States v. Barrera-Cossio                                                   08CR1537-DMS

1 | UNITED STATES DISTRICT COURT

2 | SOUTHERN DISTRICT OF CALIFORNIA

3 | UNITED STATES OF AMERICA, ) Criminal Case No. 08CR1537-DMS
4 |         Plaintiff, )
5 |     v. ) CERTIFICATE OF SERVICE
6 | RAMON BARRERA-COSSIO, )
7 |         Defendant. )

9 | IT IS HEREBY CERTIFIED THAT:

10 |     I, Sabrina L. Fève, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated June 12, 2008, and this Certificate of Service, dated June 12, 2008, on the following party or parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

    Mahir T. Sherif, Attorney for the Defendant.

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on June 12, 2008.

                                    s/Sabrina L. Fève
                                    SABRINA L. FEVE
                                    Assistant U.S. Attorney

Certificate of Service
United States v. Barrera-Cossio                                                   08CR1537-DMS