Ramon Barrera Jr.  
2313 Ashton Ct.  
Imperial, CA 92243  
(760) 337-1916 Home  
(760) 427-6192 Cell

Magdalena B. Castillo  
461 E. State St.  
El Centro, CA 92243  
(760) 353-4091 Home  
(760) 427-2787 Cell

FILED  
JUN - 9 2008  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
BY EF  
DEPUTY  

08CR1537-DMS

June 03, 2008

Honorable Judge Lewis,

At this time, we, Ramon Barrera Jr. and Magdalena B. Castillo would like to request permission from the Court and Pre-Trial Services to grant our father, **Ramon Barrera Sr.** permission to travel into Mexico. Our father has property (a home) he wants to sell to an interested buyer and is required to be present to sign documents of sale. If granted by the Court, our father would be able to take care of this matter prior to his next court appearance scheduled for August 29, 2008.

We also understand that if such permission is granted, our father would have to report to Pre-trial Services each day he goes into Mexico and once again upon his arrival back into the U.S.

If you have any questions, we can be contacted at the phone numbers listed above. Thank you for your help in considering this matter.

Respectfully,

Ramón Barrera Jr. & Magdalena B. Castillo

_____  
Ramón Barrera Jr.  
Date: 6/09/08

_____  
Magdalena B. Castillo  
Date: 6/09/2008

STATE OF CALIFORNIA, COUNTY OF IMPERIAL  
SUBSCRIBED AND SWORN TO (OR AFFIRMED) BEFORE ME ON THIS 9th DAY OF June 20 08  
BY: Ramon Barrera Jr. & Magdalena B. Castillo  
PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE PERSON(S) WHO APPEARED BEFORE ME.  
MARCO ANTONIO GARZA - NOTARY PUBLIC

MARCO ANTONIO GARZA  
Commission # 1657924  
Notary Public - California  
Imperial County  
My Comm. Expires Apr 11, 2010