1  Law Office of Mahir T. Sherif
   Mahir T. Sherif (135021)
2  3376 30th Street
   San Diego, CA  92104
3  Tel: (619) 297-4444
   Fax: (619) 297-4115
4
   Attorney for Defendant, Ramon Barrera Cossio
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

                         (Honorable Dana M. Sabraw)
10
                                        ) Case No.: 08-CR-1537—001-DMS
11                                      )
   UNITED STATES OF AMERICA,            ) JOINT MOTION TO SHORTEN TIME
12                                      )
          Plaintiff,                    )
13                                      ) Date:      August 29, 2008
       vs.                              ) Time:      9:00 a.m.
14                                      ) Courtroom: Hon. Dana M. Sabraw
   RAMON BARRERA COSSIO,                )
15                                      )
          Defendant                     )
16  ────────────────────────────────────

17
        THE PARTIES HEREBY jointly move that the sentencing date in the above
18
   entitled case, currently scheduled for August 29, 2008 at 9:00 a.m. before the
19
   Honorable Dana M. Sabraw, be heard on August 22, at 9:00 a.m.
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25

─────────────────────────────────────────────
JOINT MOTION TO RESCHEDULE SENTENCING
                                    08-CR-1537-001-DMS
-1-

1  The defendant is currently out on bond and THE PARTIES FURTHER AGREE
2  that time should be excluded until the acceptance of plea under the Speedy Trial Act.
3  SO STIPULATED.

4  Respectfully Submitted,

5  DATED: July 9, 2008           s/Mahir T. Sherif
                                 Mahir T. Sherif, Esq.
6                                Mahirsherif@sbcglobal.net
7                                Attorney for Defendant

8  DATED: July 9, 2008           s/Sabrina Feve
                                 Sabrina Feve, Esq.
9                                Assistant U.S. Attorney

12  **CERTIFICATE OF SERVICE**

13  Copy of the foregoing served electronically
14  or by other means on this 9th Day of July, 2008 to:

15  **Sabrina Feve, Esq.**