Law Office of Mahir T. Sherif
Mahir T. Sherif (135021)
3376 30th Street
San Diego, CA 92104
Tel: (619) 297-4444
Fax: (619) 297-4115

Attorney for Defendant, Ramon Barrera-Cossio

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-CR-1537—001-DMS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO SHORTEN TIME** |
| vs. | |
| RAMON BARRERA-COSSIO, | |
| Defendant, | |

<u>ORDER GRANTING JOINT MOTION TO SHORTEN TIME</u>

Having considered the Joint Motion to Shorten Time filed on July 9, 2008, and for good cause shown, the Court finds that said motion should be granted.

DATED: July 9, 2008

_____
HON. DANA M. SABRAW
United States District Judge