1  Mahir T. Sherif (SB# 135021)
2  Law Office of Mahir T. Sherif
   3376 30th Street
3  San Diego, CA 92104
   Telephone: (619) 297-4444
4  Facsimile: (619) 297-4115

5  Attorney for Defendant, Ramon Barrera-Cossio

6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                       (Honorable Dana M. Sabraw)

11 | UNITED STATES OF AMERICA, | Case No.: 08-CR-1537-001-DMS |
12 | Plaintiff, | ACKNOWLEDGEMENT |
13 | v. | Sentencing: August 22, 2008 |
14 | RAMON BARRERA-COSSIO, | Time: 9:00 a.m. |
15 | Defendant. | Honorable: Dana M. Sabraw |

20    I, RAMON BARRERA-COSSIO, by signing below, hereby acknowledge that I am
21 the defendant in the above case. I am fully aware and informed that the sentencing
22 hearing scheduled for August 29, 2008 has been rescheduled for August 22, 2008 at 9:00
23 a.m. in Courtroom 10 before Honorable Dana M. Sabraw.

25 DATED: 7-10-08    :    BY: /s/ Ramon Barrera-Cossio
                              Ramon Barrera-Cossio
                              Defendant

## CERTIFICATE OF SERVICE

I hereby declare a copy of DEFENDANT'S ACKNOWLEDGEMENT was served electronically on the following parties this 11th Day of July, 2008, via the CM/ECF system:

**Sabrina Feve**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Sabrina.feve@usdoj.gov

Dated: July 11, 2008                             Respectfully Submitted,

                                                 By: s/Mahir T. Sherif
                                                     Mahir T. Sherif
                                                     mahirsherif@sbcglobal.net
                                                     Attorney for Defendant